**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

CHERYL DORADO, et al.,

       Plaintiffs,

v.                                    CV No. 17-29 RB/CG

JAMES CAMPOS, et al.,

       Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY**

**ORDERED** that a status conference will be held by telephone on **Thursday, June 29,**

**2017, at 2:00 p.m.**

      Parties shall call Judge Garza's "Meet Me" line at 505.348.2693 to be connected

to the proceedings.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE