IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHERYL DORADO, et al.,

    Plaintiffs,

v.                                          CV No. 17-29 RB/CG

JAMES CAMPOS, et al.,

    Defendants.

## ORDER RESETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court *sua sponte.* **IT IS HEREBY ORDERED** that the status conference currently set for June 29, 2016 at 2:00 p.m., is reset for **Thursday, July 6, 2017, at 2:30 p.m.**

Parties shall call Judge Garza's "Meet Me" line at 505.348.2693 to be connected to the proceedings.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE