### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

CHERYL DORADO, et al.,

      Plaintiffs,

v.                                 No. CV 17-29 RB/CG

JAMES CAMPOS, et al.,

      Defendants.

### ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES

**THIS MATTER** is before the Court on *Plaintiffs' Motion to Extend Scheduling Order Deadlines by 90-Days*, (Doc. 35), filed July 19, 2017, wherein the parties ask the Court to extend all of the current deadlines by ninety days. The Court, having considered the Motion, noting it is unopposed, and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that *Plaintiffs' Motion to Extend Scheduling Order Deadlines by 90-Days*, (Doc. 35), is **GRANTED**, the parties' deadlines are extended as follows:

1. Plaintiffs shall disclose expert witnesses and provide expert reports by **September 18, 2017**.

2. Defendants shall disclose expert witnesses and provide expert reports by **October 19, 2017**.

3. The termination date for discovery is **October 30, 2017**.

4. Motions relating to discovery shall be filed by **November 20, 2017.**

5. Pretrial motions, other than those relating to discovery, shall be filed by **December 1, 2017.**

2

6. Counsel are directed to file a consolidated final Pretrial Order as follows: Plaintiffs to Defendants on or before **February 3, 2018**; Defendants to the Court on or before **February 17, 2018**.

   **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE