# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CHERYL DORADO, et al.,

    Plaintiffs,

v.                                                           No. CV 17-29 RB/CG

JAMES CAMPOS, et al.,

    Defendants.

## ORDER SETTING MOTION HEARING

**THIS MATTER** is before the Court on *Defendants' Motion to Compel Plaintiffs to Sit For Deposition*, (Doc. 37), filed October 12, 2017.

The Court shall hear oral argument on the motion by telephone on **Monday, October 16, 2017, at 2:00 p.m.** The parties shall call Judge Garza's "Meet Me" line at 505.348.2693 to be connected to the proceedings. This line can only accommodate up to five telephone lines, including the Court's; if the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

                                               _____
                                               THE HONORABLE CARMEN E. GARZA
                                               UNITED STATES MAGISTRATE JUDGE